AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## Western District of Virginia

USA

V. Justin Jones

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 2:05po119

| PRESIDING JUDGE<br>Pamela M. Sargent | PLAINTIFF'S ATTORNEY<br>Zack Lee, AUSA | DEFENDANT'S ATTORNEY<br>Henry Keuling-Stout, Esquire |
|---|---|---|
| TRIAL DATE(S)<br>10/19/05 | COURT REPORTER<br>E. Stokes, ECRO | COURTROOM DEPUTY<br>E. Stokes |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS | WITNESSES |
|---|---|---|---|---|---|---|
| 1 | | 10/19/05 | x | x | Intoxilyzer instrument Printer Card | Chartier |
| 2 | | | x | x | Copy of aerial photograph showing Hwy. 25E South | Wiley |
| | 1 | | x | x | Photograph | Chartier |
| | 2 | | x | withdrawn | Copy of map obtained from Internet | Jones |
| | 3 | | x | x | Letter from Chartier to Keuling-Stout | Chartier |
| | 4 | | x | x | Photograph of map located in visitor's center | Jones |
| | 5 | | x | x | Notes made by Jones indicating distances from various points | Jones |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages