AO 245H   (Rev. 12/03 - VAW Additions 3/04) Judgment in a Criminal Case for a Petty Offense (Short Form)
Sheet 1

CLERK'S OFFICE U.S. DIST. COURT
AT BIG STONE GAP, VA
FILED

DEC 21 2005

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

# UNITED STATES DISTRICT COURT
## Western District of Virginia

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) - Short Form |
| JUSTIN L. JONES | CASE NUMBER: 2:05-po-00120 |
| | USM NUMBER: |
| | Henry Keuling-Stout, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ THE DEFENDANT ~~pleaded~~ *was found* guilty to count(s)   One

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.23(a) | Driving Under the Influence of Alcohol | 04/29/05 | One |

☐ Count(s) _____ dismissed on the motion of the United States pursuant to Rule 48(a).

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | Assessment | Fine |
|---|---|---|
| Total: | $ 10.00 | $ 500.00 |

$510.00

Defendant's Soc. Sec. No.: 3071

Defendant's Date of Birth: 1980

Defendant's Residence Address:
Bean Station, TN  37708

Defendant's Mailing Address:
Bean Station, TN  37708

December 21, 2005
Date of Imposition of Judgment

/s/ Pamela Meade Sargent
Signature of Judge

Pamela Meade Sargent, United States Magistrate Judge
Name and Title of Judge

December 21, 2005
Date